**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JULIUS BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:25-CV-01320 JAR |
| UNITED STATES POSTAL SERVICE, and | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Roger A. Keller, Jr., Assistant United States Attorney for said District, and enter their appearance on behalf of Defendants United States Postal Service and United States of America in the above-referenced case.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ Roger A. Keller, Jr.
ROGER A. KELLER, JR., MO #42541
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200
Fax: (314) 539-2196
Email: roger.keller@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2025, the foregoing was filed electronically with the Clerk of the Court and served electronically on Roland E. Swanson, Jr., Esq., The Swanson Law Firm, 13321 N. Outer 40 Road, Suite 300, Town and Country, Missouri 63017.

                                                 /s/ Roger A. Keller, Jr.